In the Interest of **J.H. and M.H., Jr.**

David **KIERST**, Juvenile Officer, Respondent,

v.

**M.A. (Natural Mother) and M.H., Sr. (Natural Father), Appellants.**

Nos. WD 53450, WD 53451 and WD 53476.

Missouri Court of Appeals, Western District.

Nov. 4, 1997.

Laurie Snell, Robert M. Schieber, Kansas City, for Respondent.

Jill M. Katz, Kansas City, for Natural Mother.

Daniel W. Olsen, Raymore, for Natural Father.

Kyla Grove, Kansas City, Guardian Ad Litem.

Before EDWIN H. SMITH, P.J., ULRICH, C.J., and ELLIS, J.

## ORDER

PER CURIAM.

M.A. and M.H., Sr., the natural mother and father of M.H., Jr., and J.H., appeal the judgment of the Juvenile Court of Jackson County terminating their parental rights pursuant to § 211.447, RSMo 1994.

Affirmed. Rule 84.16(b).